UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DONTI COOPER and<br>MAURICE FRAZIER,<br><br>        Defendants. | No.: CR 05-00648 MJJ<br><br>PRE-TRIAL ORDER<br>DETAINING DONTI COOPER<br>PURSUANT TO 18 U.S.C. § 3142<br><br>OAKLAND VENUE |

The Court has reviewed the record of Defendant Donti Cooper's detention hearing before the Hon. Wayne D. Brazil on November 2, 2005, and the papers submitted by the parties regarding the Magistrate's Pre-Trial Order releasing Defendant Cooper to a halfway house, and the government's appeal thereof.

Based upon its review of the following, the Court hereby FINDS:

1. Based upon the government's representations on the record and in its papers, Defendant Donti Cooper was convicted of a State controlled substance offense as set forth in 18 U.S.C. § 3142(f)(1)(D);Count One of the indictment is a 18 U.S.C. § 3142(f)(1)(c) offense and was allegedly committed while the Defendant Cooper was on probation; and not more than five years has elapsed since the date of Defendant Cooper's convictions sustained

on December 23, 2003, or since his release from imprisonment for these offenses;

2.  Defendant Cooper meets all the prerequisites under 18 U.S.C. § 3142(e), triggering the rebuttable presumption in this case that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

3.  In consideration of the nature and circumstances of the offenses charged against Defendant Cooper pursuant to 18 U.S.C. § 3142(g)(1), Count One of the Indictment involves amounts of narcotic drugs that trigger mandatory minimum jail sentences, and, based upon the government's representations as to Defendant Cooper's criminal history, Defendant Cooper's mandatory minimum sentence will be 20 years imprisonment if a prior drug enhancement is filed and he is convicted of Count One;

4.  The weight of the evidence against Defendant Cooper in this case, as represented by the government, supports the foregoing presumption, a factor the Court considers pursuant to 18 U.S.C. § 3142(g)(2);

5.  Defendant Cooper is, based upon the government's representations, on felony probation for his prior convictions, which is part of Defendant's history and characteristics the Court considers under 18 U.S.C. § 3142(g)(3) and further supports the presumption; and

6.  Based on the government's representations on the record and in its papers, the nature and seriousness of the danger to any person or the community that would be posed by Defendant Cooper's release, a factor the Court considers pursuant to 18 U.S.C. §

2

3142(g)(4), also supports the foregoing presumption;

7. The evidence submitted by Defendant is inadequate to rebut the presumption.

THEREFORE, for the reasons set forth above, there is no condition or combination of conditions that will reasonably assure the appearance of Defendant Cooper as required and the safety of any other person and the community, 18 U.S.C. § 3142(e); and

IT IS HEREBY ORDERED that Defendant Donti Cooper remain detained in the custody of the Bureau of Prisons until further Order of this Court.

IT IS SO ORDERED.

Dated:    November 14, 2005

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE