UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTI COOPER and<br>MAURICE FRAZIER,<br><br>Defendants. | No.: CR 05-00648 MJJ<br><br>[~~PROPOSED~~] ORDER<br>SETTING SUPPLEMENTAL BRIEFING<br>SCHEDULE AND HEARING DATE<br><br>OAKLAND VENUE |

Based upon the attached Stipulation of the parties, IT IS HEREBY ORDERED that the government's supplemental brief, no more than 10 pages in length, is due March 23, 2006; defendants' response brief(s), no longer than 15 pages in length, is due April 6, 2006, and the hearing on the pending motions to suppress will be held on April 13, 2006 at 2:00 p.m. in San Francisco.

Furthermore, based upon the attached Stipulation of the parties, and the reasons provided therein, the Court hereby FINDS that the time from February 24, 2006 to April 13, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(1)(F), (h)(8)(A), and (h)(8)(B)(iv), in that the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this period of time: (1) for the effective preparation by counsel, taking into account the exercise of due diligence, to further investigate the evidence in

[~~PROPOSED~~] ORDER
CR 05-00648 MJJ

1 this case and discovery recently produced relating to one of the firearms; (2) for continuity of counsel, given counsel for the government's unavailability March 31-April 10, 2006, counsel for Frazier's unavailablity on March 15-17 and March 28-31, 2006, and counsel for Cooper's unavailability on March 10-17 and March 30-April 3, 2006; and (3) given the pendency of defendants' pre-trial motions to suppress.

Based on these findings, IT IS HEREBY ORDERED THAT the time from February 24, 2006 to April 13, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A) and (h)(8)(B)(iv); and

IT IS FURTHER ORDERED that the parties appear before this Court in San Francisco on April 13, 2006 at 2:00 p.m. for hearing on the pending motions to suppress.

DATED: February 28, 2006

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT