E-filing

FILED

MAR 2 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00648 MJJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER REGARDING REVISED DUE DATE FOR GOVERNMENT'S SUPPLEMENTAL BRIEF |
| DONTI COOPER and MAURICE FRAZIER, | OAKLAND VENUE |
| Defendants. | |

Based upon the attached Stipulation of the parties, IT IS HEREBY ORDERED that the government's supplemental brief, no more than 10 pages in length, is due March 27, 2006. IT IS SO ORDERED.

DATED: March 23, 2006

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER
CR 05-00648 MJJ