SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant DONTI COOPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-648-MJJ |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SUPPRESSION HEARING |
| vs. | |
| DONTI COOPER, | Date: April 13, 2006 (in. S.F.) |
| Defendant. | Time: 2:00 p.m. |
| _____ | Judge: Hon. Martin J. Jenkins |

Having just realized that the suppression hearing in this case was set for the second day of Passover, which poses a problem for defendant Cooper's counsel, the parties by and through their respective counsel of record, hereby agree and stipulate that the suppression hearing previously set for April 13, 2006 (in San Francisco) shall be continued to Thursday, May 25, 2006 at 2:00 p.m. (also in San Francisco).

Time continues to be automatically excluded under the Speedy Trial Act, because the motion has not yet been heard and submitted for decision, pursuant to 18 U.S.C. §3161 (h)(1)(F). In addition, the parties agree to an exclusion of time under the Speedy Trial Act, because failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny continuity of counsel. Therefore, the parties agree that the Court shall further order

that the Speedy Trial clock shall be tolled for the reasons stated above from April 13, 2006 through May 25, 2006, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(F) and (h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED: April 12, 2006       /S/ Suzanne A. Luban
SUZANNE A. LUBAN,
Counsel for Defendant Cooper

DATED: April 12, 2006       /S/ James Keller[1]
JAMES KELLER
Assistant United States Attorney
Counsel for Plaintiff

DATED: April 12, 2006       /S/ John Paul Reichmuth
JOHN Paul REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant Frazier

For Good Cause Shown, IT IS SO ORDERED, and the Court finds that the Speedy Trial exclusions stated above are proper, and that the interest of justice is served by this continuance for the reasons stated above..

Dated: April 13, 2006

HON. MARTIN J. JENKINS
U.S. District Judge

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

      /S/ Suzanne A. Luban
SUZANNE A. LUBAN
Counsel for Defendant Cooper