| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CASBN 187330)<br>JAMES E. KELLER (NYSBN 2893881) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612-5217 |
| 7 | Telephone: (510) 637-3929<br>Facsimile: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00648 MJJ |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RESCHEDULING HEARING |
| v. ) | DATE FOR DEFENDANTS' PRE-TRIAL |
| ) | MOTIONS TO SUPPRESS EVIDENCE, |
| DONTI COOPER, and ) | SEVER TRIAL, AND COMPEL |
| MAURICE FRAZIER, ) | DISCLOSURE OF THE CONFIDENTIAL |
| ) | INFORMANT AND EXCLUDING TIME |
| Defendants. ) | |

   Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

   1.   On October 13, 2005, a federal grand jury indicted defendants Donti Cooper and Maurice Frazier for conspiracy to possess with intent to distribute cocaine base and methamphetamine in violation of Title 21, United States Code, Section 846, and possession with intent to distribute cocaine base and methamphetamine in violation of Title 21, United States Code, Section 841(a)(1). In addition, defendant Cooper was also indicted for being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
MOTIONS HEARING; EXCLUDING TIME

2. On July 20, 2006, a federal grand jury returned a first superseding indictment against defendants for: (1) conspiracy to possess with intent to distribute, and to distribute, cocaine base, methamphetamine, and cocaine, in violation of Title 21, United States Code, Section 846; (2) possession with intent to distribute cocaine base, methamphetamine, and cocaine, in violation of Title 21, United States Code, Section 841(a)(1); (3) possession of firearms in furtherance of drug trafficking crimes in violation of Title 18, United States Code, Section 924(c)(1)(A)(i). The superseding indictment also charges defendant Cooper with being a felon in possession of firearms and ammunition in violation of Title 18, United States Code, Section 922(g)(1).

3. On July 21, 2006, the parties submitted a stipulation and proposed order establishing a briefing schedule for pre-trial motions, including supplements to previously filed motions to suppress. The parties stipulated that motions had to be filed by August 25, 2006, oppositions had to be filed by September 15, 2006, and optional replies had to be filed by September 29, 2006, with a hearing date of October 6, 2006. The Court signed the order on July 26, 2006.

4. On August 25, 2006, counsel for defendant Frazier filed several pre-trial motions including motions to suppress various evidence and statements, to sever the defendants' trials, and to compel disclosure of information relating to a confidential informant. Unfortunately, Suzanne Luban, counsel for defendant Cooper, was out of the country and unable to file motions on August 25, 2006. Ms. Luban filed separate motions to sever defendants' trials and to compel disclosure of information relating to a confidential informant on September 1, 2006.

5. Government counsel agreed to extend the time for Ms. Luban to file motions on defendant Cooper's behalf and the parties agreed to a stipulation modifying the briefing schedule that permitted motions to be filed on September 1, 2006, with the government's oppositions due September 22, 2006, with the hearing to remain on October 6, 2006. Unfortunately, government counsel was out of the district from August 31 through September 8 and from September 18 through September 22 and was unable to prepare the oppositions by September 22, 2006.

STIPULATION AND [REDACTED] ORDER RESCHEDULING
MOTIONS HEARING; EXCLUDING TIME           2

6. In addition, after reviewing defendants' motions to compel disclosure of information relating to the confidential informant in this case, the government believes that with additional time to meet and confer the parties may be able to resolve their dispute regarding the informant without the need for court intervention.

7. Given the need for government counsel to have adequate time to respond to defendants' various pre-trial motions, the parties' need for additional time to meet and confer regarding defendants' motions to compel disclosure of information regarding the confidential informant in order to potentially resolve that dispute without court intervention, and the government's previous agreement to modify the briefing schedule to allow defendant Cooper's counsel more time to file pre-trial motions, the parties stipulate that: (1) the government's oppositions shall be filed by Friday, September 29, 2006; (2) any optional replies by defendants shall be filed by Friday, October 13, 2006; and (3) the hearing on defendant's pre-trial motions shall be continued to Friday, October 20, 2006, in Oakland, California.

IT IS SO STIPULATED.

DATE: September 26, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

      /s/[1]
GARTH HIRE
JAMES E. KELLER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

   /s/
SUZANNE LUBAN, ESQ.
Counsel for Donti Cooper

   /s/
JOHN PAUL REICHMUTH, ESQ.
Assistant Federal Public Defender
Counsel for Maurice Frazier

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND ▆▆▆▆▆ ORDER RESCHEDULING
MOTIONS HEARING; EXCLUDING TIME   3

|     |                                                                                     |
| --- | ----------------------------------------------------------------------------------- |
| 1   | **[PROPOSED] ORDER**                                                                |
| 2   | FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND                     |
| 3   | CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO                |
| 4   | FOUND AND ORDERED THAT:                                                             |
| 5   | 1. The currently scheduled October 6, 2006, motions hearing is vacated. A hearing   |
| 6   | on the parties' motions is now scheduled for 2:00 p.m., October 26, 2006, in Courtroom 11 of the U.S. Courthouse in San Francisco, California. |

1. The currently scheduled October 6, 2006, motions hearing is vacated. A hearing on the parties' motions is now scheduled for 2:00 p.m., October 26, 2006, in Courtroom 11 of the U.S. Courthouse in San Francisco, California.

2. The government's oppositions to defendant's currently filed pre-trial motions to sever, suppress evidence, and disclose information regarding the confidential informant shall be filed no later than September 29, 2006. Defendant's optional replies to the government's oppositions shall be filed no later than October 13, 2006.

3. The time period from the filing of defendant's pre-trial motions to October 26, 2006, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because that period of delay results from the filing of pre-trial motions and encompasses the period of time from the filing of those motions through the conclusion of the hearing on, or other prompt disposition of, such motions. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: 9/27/2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE