| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CASBN 187330)<br>JAMES E. KELLER (NYSBN 2893881) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612-5217 |
| 7 | Telephone: (510) 637-3929<br>Facsimile: (510) 637-3724 |
| 8 | E-Mail: Garth.Hire@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00648 MJJ |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED]<br>ORDER VACATING CURRENT |
| v. | ) ) | MOTIONS HEARING AND<br>RESCHEDULING MOTIONS HEARING |
| DONTI COOPER, and<br>MAURICE FRAZIER, | ) ) | AND EXCLUDING TIME |
| Defendants. | ) ) | OAKLAND VENUE |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. A hearing on defendants' various motions to suppress and disclose the confidential informant is currently scheduled for October 26, 2006. The parties had previously submitted a stipulation to continue the hearing to October 20, 2006, but did not realize that the Court had modified the proposed order and instead set the hearing on October 26, 2006. Unfortunately, Assistant Federal Public Defender John Paul Reichmuth, counsel for defendant Maurice Frazier, will not be in the district on that date. For that reason, the defendants request, and the parties hereby stipulate, to vacate the currently scheduled hearing date and reschedule the

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING; EXCLUDING TIME

motions hearing for 2:00 p.m. on November 9, 2006, in San Francisco, California.

2. The parties have further stipulated among themselves based on a previous change in the hearing date to to permit the government to file its oppositions on October 4, 2006, and for the defendants to file their replies by October 20, 2006.

IT IS SO STIPULATED.

DATE: October ___, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/[1]
GARTH HIRE
JAMES E. KELLER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/
SUZANNE LUBAN, ESQ.
Counsel for Donti Cooper

/s/
JOHN PAUL REICHMUTH, ESQ.
Assistant Federal Public Defender
Counsel for Maurice Frazier

**[▬▬▬▬▬] ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled October 26, 2006, motions hearing is vacated. The hearing is continued to 2:00 p.m. on November 9, 2006, in Courtroom 11 of the United States Courthouse in San Francisco, California.

2. The time period from October 26, 2006, to November 9, 2006, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because that period of delay results from the

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING; EXCLUDING TIME            2

1  filing of pre-trial motions and encompasses the period of time from the filing of those motions
2  through the conclusion of the hearing on, or other prompt disposition of, such motions.  The
3  Court finds that nothing in this stipulation and order shall preclude a finding that other provisions
4  of the Speedy Trial Act dictate that additional time periods are excludable from the period within
5  which trial must commence.

DATED: 10/24/2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING MOTIONS
HEARING; EXCLUDING TIME                    3