KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
JAMES E. KELLER (NYSBN 2893881)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00648 MJJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER VACATING CURRENT STATUS |
| v. ) | CONFERENCE AND RESCHEDULING |
| ) | HEARING AND EXCLUDING TIME |
| DONTI COOPER, and ) | |
| MAURICE FRAZIER, ) | |
| ) | OAKLAND VENUE |
| Defendants. ) | |

      Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

      1.     On November 9, 2006, a hearing was held at which time the parties explained to the Court that new information produced in discovery would impact the currently pending motions to suppress and to disclose the confidential informant at that defendants needed additional time to review and analyze that information and possibly file new motions regarding *Franks* issues and/or withdraw some previously filed motions.

      2.     At that time, the Court set the matter for status conference on December 7, 2006. Government counsel, namely Assistant United States Attorney Garth Hire, indicated, however,

STIPULATION AND ORDER RESCHEDULING STATUS
CONFERENCE; EXCLUDING TIME

that he would not be available for a hearing on that date but would check to see if the other Assistant United States Attorney assigned to the case, James Keller, would be available. Unfortunately, AUSA Keller is also out of the district on that date.

     3.     Due to the unavailability of both government counsel on the currently scheduled status conference date, and the need for defendants to continue to review and analyze recent discovery material impacting the pending motions, the defendants request, and the parties hereby stipulate, to vacate the currently scheduled status conference and reschedule the hearing for 2:00 p.m. on December 21, 2006, in San Francisco, California.

IT IS SO STIPULATED.

DATE: December 4, 2006                            Respectfully submitted,

                                                             KEVIN V. RYAN
                                                             United States Attorney

                                                             /s/[1]
                                              GARTH HIRE
                                              JAMES E. KELLER
                                              Assistant United States Attorneys

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

/s/                                             /s/
SUZANNE LUBAN, ESQ.              JOHN PAUL REICHMUTH, ESQ.
                                     Assistant Federal Public Defender
Counsel for Donti Cooper

                                       Counsel for Maurice Frazier

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND ORDER RESCHEDULING STATUS
CONFERENCE; EXCLUDING TIME            2

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled December 7, 2006, status conference is vacated. The status conference is continued to 2:00 p.m. on December 21, 2006, in Courtroom 11 of the United States Courthouse in San Francisco, California.

2. The time period from December 7, 2006, to December 21, 2006, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because that period of delay results from the filing of pre-trial motions and encompasses the period of time from the filing of those motions through the conclusion of the hearing on, or other prompt disposition of, such motions. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: 12/6/2006

HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING STATUS
CONFERENCE; EXCLUDING TIME            3