|   |   |
|---|---|
| 1 | SUZANNE A. LUBAN |
| 2 | Attorney At Law<br>State Bar No. 120629 |
| 3 | 3758 Grand Avenue #4<br>Oakland, California 94610 |
| 4 | Phone: 510/832-3555 |
| 5 | Attorney for Defendant DONTI COOPER |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| UNITED STATES OF AMERICA, | ) | Case No. 05-648-MJJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER SETTING |
| vs. | ) | BRIEFING SCHEDULE FOR |
| | ) | FRANKS MOTION |
| DONTI COOPER, at al. | ) | |
| | ) | Date: Thursday, April 5, 2006 (S.F.) |
| Defendants. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Hon. Martin J. Jenkins |

The parties have discussed with the Court the intention of defense counsel to brief a newly discovered ground for suppression, and the government and defense are working cooperatively on discovery relating to this matter. On December 5, 2006, the government produced 68 pages of confidential discovery relating to informants, which the defense needs to investigate, analyze and develop to determine whether this information should be the basis for a Franks motion. The already-briefed motions to suppress evidence and statements have not yet been submitted to the Court for decision, as the parties wish to present oral argument on all suppression matters in a single hearing. The motion to disclose the confidential informant is now moot.

Taking into account trial and vacation schedules of all counsel, the parties have worked out the following briefing schedule for the new motion, and the parties

hereby agree and stipulate that the Court shall issue an order setting this briefing and hearing schedule:

Defendants shall file their motion to suppress based on <u>Franks</u> by Monday, February 27, 2007,

the government shall file its opposition brief by Thursday, March 22, 2007,

the defense shall file any reply briefs by Thursday, March 29, 2007, and

the motion shall be heard in San Francisco on Thursday, April 5, 2007 at 2:00 p.m.

The parties agree that the hearing (on defendants' severance and suppression motions) previously set for December 21, 2006 shall be continued to that date as well.

Time continues to be automatically excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(1)(F), because defense motions are currently pending and have not been submitted for decision.  IT IS SO STIPULATED:

DATED: December 20, 2006             /S/ Suzanne A. Luban
                                     SUZANNE A. LUBAN,
                                     Counsel for Defendant Cooper


DATED: December 20, 2006             /S/ Garth Hire[1]
                                     GARTH HIRE
                                     Assistant United States Attorney
                                     Counsel for Plaintiff

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

             /S/   Suzanne A. Luban
             SUZANNE A. LUBAN
             Counsel for Defendant Cooper

1
2  DATED: December 20, 2006                    /S/ John Paul Reichmuth
3                                              JOHN Paul REICHMUTH
                                               Assistant Federal Public Defender
4                                              Counsel for Defendant Frazier
5
6  _____
7
8       For Good Cause Shown, IT IS SO ORDERED.
9
10 Dated: __12/21__, 2006           _____
                                    HON. MARTIN J. JENKINS
11                                  U.S. District Judge

3