SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant DONTI COOPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 05-648-MJJ |
| ) | |
| Plaintiff,           ) | STIPULATION SETTING |
| ) | MATTER FOR CHANGE OF |
| vs.           ) | PLEA AND STATUS |
| ) | |
| DONTI COOPER, at al.           ) | |
| ) | Date: Friday, March 16, 2006 |
| Defendants.           ) | Time: 2:30 p.m.  (Oakland) |
| _____ ) | Judge: Hon. Martin J. Jenkins |

     Defendant Donti Cooper and the government have reached a negotiated disposition, and seek to set this matter the Court's next available criminal calendar, Friday, March 16, 2007 at 2:30 p.m., for a change of plea.  Defendant Maurice Frazier and the government agree that his matter should be set for the same date for a status conference.  Accordingly, the parties agree and stipulate to the removal of the case from the Court's April 5, 2007 San Francisco calendar, and placement on the Court's calendar for Friday, March 16, 2007 at 2:30 p.m. for the purposes stated above.  Mr. Cooper is in custody, and Mr. Frazier is on pretrial release.

     Time continues to be automatically excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(1)(F), because defense motions are currently

/ / / /

1

1  pending and have not been submitted for decision.  IT IS SO STIPULATED:

3  DATED: March 2, 2007                    /S/ Suzanne A. Luban
                                           SUZANNE A. LUBAN,
4                                          Counsel for Defendant Cooper

6  DATED: March 2, 2007                    /S/ Garth Hire[1]
                                           GARTH HIRE
7                                          Assistant United States Attorney
                                           Counsel for Plaintiff

9  DATED: March 2, 2007                    /S/ John Paul Reichmuth
                                           JOHN PAUL REICHMUTH
10                                         Assistant Federal Public Defender
                                           Counsel for Defendant Frazier

_____

For Good Cause Shown, IT IS SO ORDERED.

Dated: __03/04__, 2007                     _____
                                           HON. MARTIN J. JENKINS
                                           U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - Judge Martin J. Jenkins]

_____

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.
                                            /S/   Suzanne A. Luban
                                           SUZANNE A. LUBAN
                                           Counsel for Defendant Cooper